**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PAGSANJAN, DENNIS ESTRERA    § Case No. 10-70889
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　§

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　Clerk of The U S Bankruptcy Court
　　　211 South Court Street
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/08/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

　　　Dated: 11/16/2010　　　By: /s/BERNARD J. NATALE
　　　　　　　　　　　　　　　　　　　Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PAGSANJAN, DENNIS ESTRERA | § | Case No. 10-70889 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,278.16 |
| *and approved disbursements of* | $ 957.28 |
| *leaving a balance on hand of* [1] | $ 8,320.88 |
| **Balance on hand:** | $ 8,320.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,320.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,582.82 | 0.00 | 1,582.82 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,126.25 | 0.00 | 1,126.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 11.26 | 0.00 | 11.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,720.33 |
| Remaining balance: | $ 5,600.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,600.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,600.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,560.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,162.26 | 0.00 | 569.88 |
| 3 | Commerce Bank | 18,125.21 | 0.00 | 1,676.19 |
| 4 | Chase Bank USA, N.A. | 14,869.14 | 0.00 | 1,375.08 |
| 5 | American Express Centurion Bank | 3,772.83 | 0.00 | 348.91 |
| 6 | Centegra Hospital - Woodstock | 431.25 | 0.00 | 39.88 |
| 7 | Fia Card Services, NA/Bank of America | 17,199.79 | 0.00 | 1,590.61 |

Total to be paid for timely general unsecured claims: $ 5,600.55
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: vgossett              Page 1 of 1                   Date Rcvd: Nov 17, 2010
Case: 10-70889                 Form ID: pdf006             Total Noticed: 24

The following entities were noticed by first class mail on Nov 19, 2010.
 db           +Dennis Estrera Pagsanjan,    2501 Commerce Drive,    Libertyville, IL 60048-2495
 aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
 aty          +Cynthia J Briscoe,    Briscoe Law Offices,    210 N Walkup Avenue,    Crystal Lake, IL 60014-4339
 aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
 tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
15168148      +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
15623861       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15305293       American Express Centurion Bank,    c/o Becke & Lee,    P O Box 3001,    Malvern, PA 19355-0701
15168149      +Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
15670162      +Centegra Hospital - Woodstock,    C/O H & R Accounts, Inc.,    PO Box 672,    Moline, IL 61266-0672
15546492       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15168151      +Chase Card,    P.O. Box 15153,    Wilmington, DE 19886-5153
15168152      +CitiCard,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15168153       Citimortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
15168154      +Commerce Bank,    911 Main St,    Kansas City, MO 64105-2009
15487599       Commerce Bank,    P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
15168157      +Katie Pagsanjan,    c/o Atty Steve McArdle,    75 E. Crystal Lake Ave,
                Crystal Lake, IL 60014-6136
The following entities were noticed by electronic transmission on Nov 17, 2010.
15204756      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 18 2010 03:07:06
                Capital One Auto Finance,    P O Box 201347,    Arlington, TX 76006-1347
15168150      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
                Capitol One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
15168155       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2010 03:08:21     Discover Card,
                P.O. Box 15316,    Wilmington, DE 19850
15459870       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2010 03:08:21     Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
15856613       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2010 03:06:35
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
15168156      +E-mail/Text: bankruptcy@hraccounts.com                            H & R Accounts,
                7017 John Deere Pkwy,    Moline, IL 61265-8072
15168158      +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM                            Northwest Collectors,
                3601 Algonquin Road,    Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
15479564*     +Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**          **Signature:**   *Joseph Speetjens*