**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PAGSANJAN, DENNIS ESTRERA          § Case No. 10-70889
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $380,157.00           Assets Exempt: $29,507.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,600.55      Claims Discharged
                                                Without Payment: $54,959.93

Total Expenses of Administration: $2,727.61

---

   3) Total gross receipts of $   9,278.16   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $   950.00   (see **Exhibit 2**), yielded net receipts of $8,328.16
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,000.94 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,727.61 | 2,727.61 | 2,727.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,125.00 | 60,560.48 | 60,560.48 | 5,600.55 |
| **TOTAL DISBURSEMENTS** | $30,125.00 | $69,289.03 | $63,288.09 | $8,328.16 |

4) This case was originally filed under Chapter 7 on February 26, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2011        By: /s/BERNARD J. NATALE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal and State Income Tax Refunds | 1224-000 | 9,276.02 |
| Interest Income | 1270-000 | 2.14 |
| **TOTAL GROSS RECEIPTS** | | **$9,278.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dennis Pagsanjan | Debtor's Exemption against Tax Refund | 8100-002 | 950.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$950.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Auto Finance | 4110-000 | N/A | 6,000.94 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,000.94** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 11.26 | 11.26 | 11.26 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,126.25 | 1,126.25 | 1,126.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,582.82 | 1,582.82 | 1,582.82 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.28 | 7.28 | 7.28 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,727.61 | 2,727.61 | 2,727.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,162.26 | 6,162.26 | 569.88 |
| 3 | Commerce Bank | 7100-000 | N/A | 18,125.21 | 18,125.21 | 1,676.19 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 14,869.14 | 14,869.14 | 1,375.08 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 3,772.83 | 3,772.83 | 348.91 |
| 6 | Centegra Hospital - Woodstock | 7100-000 | N/A | 431.25 | 431.25 | 39.88 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 17,199.79 | 17,199.79 | 1,590.61 |
| 8 | Citicard | 7100-000 | 14,494.00 | N/A | N/A | 0.00 |
| 9 | H & R Accounts | 7100-000 | 431.00 | N/A | N/A | 0.00 |
| 10 | Northwest Collectors | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| 11 | Terry & Erlinda Pagsanjan | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 30,125.00 | 60,560.48 | 60,560.48 | 5,600.55 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-70889  
**Case Name:** PAGSANJAN, DENNIS ESTRERA  

**Period Ending:** 02/23/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/26/10 (f)  
**§341(a) Meeting Date:** 04/08/10  
**Claims Bar Date:** 07/20/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Residence 4382 Princeton Lane, Lake in the Hills<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 360,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Personal cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking account Charter One Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4  Stereo & speakers - in debtor's possession Refri<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5  Personal wearing apparel<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6  Firearms Barretta 9mm pistol - AR15 rifle<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7  401(k) Prudential<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 7,607.00 | 0.00 | DA | 0.00 | FA |
| 8  2002 Mitsubishi Eclipse 150,000.00 miles<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 3,000.00 | 600.00 | DA | 0.00 | FA |
| 9  2001 Acura MDX<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 20 | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 11  Federal and State Income Tax Refunds  (u)<br>    Orig. Asset Memo: Imported from Amended Doc#: 20; Original petition value: 0.00; Original asset description: 2009 Tax Refunds; Imported from Amended Doc#: 20; Original exemption amount: 0.00 | 9,275.86 | 8,325.86 | | 9,276.02 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 2.14 | FA |
| 11  Assets    Totals (Excluding unknown values) | **$389,432.86** | **$8,925.86** | | **$9,278.16** | **$0.00** |

Printed: 02/23/2011 10:53 AM    V.12.56

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70889  
**Case Name:** PAGSANJAN, DENNIS ESTRERA  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/26/10 (f)  
**§341(a) Meeting Date:** 04/08/10  

**Period Ending:** 02/23/11  
**Claims Bar Date:** 07/20/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**     October 25, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-70889  
**Case Name:** PAGSANJAN, DENNIS ESTRERA  

**Taxpayer ID #:** **-***0696  
**Period Ending:** 02/23/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/10 | {11} | United States Treasury | Federal Tax Refund | 1224-000 | 9,215.86 | | 9,215.86 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 9,216.30 |
| 06/03/10 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #10-70889, BOND #016018067 | 2300-000 | | 7.28 | 9,209.02 |
| 06/08/10 | {11} | Dennis Pagsanjan | Money Order for State Refund Amount | 1224-000 | 60.16 | | 9,269.18 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 9,269.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.55 | | 9,270.26 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.55 | | 9,270.81 |
| 09/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 9,270.87 |
| 09/27/10 | | To Account #9200******7266 | Tfr for Final Report | 9999-000 | | 9,270.87 | 0.00 |
| 09/29/10 | Int | The Bank of New York Mellon | Interest Adjustment for late day MMA processing | 1270-000 | 0.01 | | 0.01 |
| 09/29/10 | | To Account #92004871137266 | Transfer adjustment due to late day MMA processing | 9999-000 | | 0.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,278.16 | 9,278.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,270.88 | |
| | | | **Subtotal** | | 9,278.16 | 7.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,278.16** | **$7.28** | |

{} Asset reference(s)                             Printed: 02/23/2011 10:53 AM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70889  
**Case Name:** PAGSANJAN, DENNIS ESTRERA  

**Taxpayer ID #:** **-***0696  
**Period Ending:** 02/23/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/10 | | From Account #9200******7265 | Tfr for Final Report | 9999-000 | 9,270.87 | | 9,270.87 |
| 09/29/10 | | The Bank of New York Mellon | Transfer adjustment due to late day MMA processing | 9999-000 | 0.01 | | 9,270.88 |
| 10/08/10 | 101 | Dennis Pagsanjan | Debtor's Exemption against Tax Refund | 8100-002 | | 950.00 | 8,320.88 |
| 12/09/10 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,582.82, Trustee Compensation; Reference: | 2100-000 | | 1,582.82 | 6,738.06 |
| 12/09/10 | 103 | Discover Bank | Distribution paid  9.24% on $6,162.26; Claim# 1; Filed: $6,162.26; Reference: | 7100-000 | | 569.88 | 6,168.18 |
| 12/09/10 | 104 | Commerce Bank | Distribution paid  9.24% on $18,125.21; Claim# 3; Filed: $18,125.21; Reference: | 7100-000 | | 1,676.19 | 4,491.99 |
| 12/09/10 | 105 | Chase Bank USA, N.A. | Distribution paid  9.24% on $14,869.14; Claim# 4; Filed: $14,869.14; Reference: | 7100-000 | | 1,375.08 | 3,116.91 |
| 12/09/10 | 106 | American Express Centurion Bank | Distribution paid  9.24% on $3,772.83; Claim# 5; Filed: $3,772.83; Reference: | 7100-000 | | 348.91 | 2,768.00 |
| 12/09/10 | 107 | Centegra Hospital - Woodstock | Distribution paid  9.24% on $431.25; Claim# 6; Filed: $431.25; Reference: | 7100-000 | | 39.88 | 2,728.12 |
| 12/09/10 | 108 | Fia Card Services, NA/Bank of America | Distribution paid  9.24% on $17,199.79; Claim# 7; Filed: $17,199.79; Reference: | 7100-000 | | 1,590.61 | 1,137.51 |
| 12/09/10 | 109 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,137.51 | 0.00 |
| | | | Dividend paid 100.00%   1,126.25 on $1,126.25;  Claim# ATTY; Filed: $1,126.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   11.26 on $11.26;  Claim# EXP; Filed: $11.26 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,270.88 | 9,270.88 | $0.00 |
| Less: Bank Transfers | 9,270.88 | 0.00 | |
| **Subtotal** | 0.00 | 9,270.88 | |
| Less: Payments to Debtors | | 950.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,320.88** | |

{} Asset reference(s)

Printed: 02/23/2011 10:53 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-70889  
**Case Name:** PAGSANJAN, DENNIS ESTRERA  
**Taxpayer ID #:** **-***0696  
**Period Ending:** 02/23/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | MMA # 9200-******72-65 | | 9,278.16 | 7.28 | 0.00 |
| | | | Checking # 9200-******72-66 | | 0.00 | 8,320.88 | 0.00 |
| | | | | | $9,278.16 | $8,328.16 | $0.00 |

{} Asset reference(s)

Printed: 02/23/2011 10:53 AM    V.12.56